In re:                                                                   Case No. 23-02086-HWV

Paul E. Deardorff, III                                        Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                                User: AutoDocke                                      Page 1 of 2

Date Rcvd: Oct 26, 2023                           Form ID: ntcnfhrg                                   Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul E. Deardorff, III, 9552 Mountain Road, Grantville, PA 17028-9326 |
| 5566250 | + | East Hanover Township Municpal Auth, 8848 Jonestown Road, Grantville, PA 17028-8650 |
| 5568215 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, f/k/a Quicken Loans Inc., c/o Lorraine Gazzara Doyle, Esq., One Jenkintown Station, Suite 104, 115 West Avenue Jenkintown, PA 19046-2031 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5566249 | | Email/Text: Bankruptcy@BAMcollections.com | Oct 26 2023 18:42:00 | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, PO Box 8875, Camp Hill, PA 17001-8875 |
| 5566949 | + | Email/Text: bankruptcy@cavps.com | Oct 26 2023 18:43:00 | Cavalry SPV II, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5566251 | | Email/Text: bknotice@ercbpo.com | Oct 26 2023 18:43:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Road, PO Box 23870, Jacksonville, FL 32241-3870 |
| 5566252 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2023 18:42:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5566253 | ^ | MEBN | Oct 26 2023 18:39:21 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5572660 | + | Email/PDF: cbp@omf.com | Oct 26 2023 18:47:35 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5566254 | | Email/PDF: cbp@omf.com | Oct 26 2023 18:47:43 | OneMain Financial Group, LLC, 601 NW 2nd Street, PO Box 3251, Evansville, IN 47731-3251 |
| 5566255 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 18:43:00 | PA Department of Revenue, Attn: Bankruptcy Division, PO Box 280496, Harrisburg, PA 17128-0946 |
| 5566256 | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2023 18:47:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5571628 | + | Email/Text: bankruptcynotices@psecu.com | Oct 26 2023 18:43:00 | PSECU, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 5566257 | + | Email/Text: bankruptcynotices@psecu.com | Oct 26 2023 18:43:00 | PSECU, 1500 Elmerton Avenue, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5567104 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 26 2023 18:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5566258 | + | Email/Text: bankruptcyteam@quickenloans.com | Oct 26 2023 18:43:00 | Rocket Mortgage, LLC, 1050 Woodward Avenue, |

| | | | |
|---|---|---|---|
| 5571995 | + Email/Text: bankruptcyteam@quickenloans.com | Oct 26 2023 18:43:00 | Detroit, MI 48226-3573<br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2023      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lorraine Gazzara Doyle | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com, LOGSECF@logs.com |
| Michael Patrick Farrington | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Paul E. Deardorff  III pmurphy@dplglaw.com, kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Paul E. Deardorff III,

**Debtor 1**

Chapter 13

Case No. 1:23−bk−02086−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 22, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: November 29, 2023<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 26, 2023 |

ntcnfhrg (08/21)