Certificate Number: 12433-PAM-DE-040566220

Bankruptcy Case Number: 23-02086


12433-PAM-DE-040566220

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 30, 2026</u>, at <u>3:42</u> o'clock <u>PM EST</u>, <u>Paul E. Deardorff, III</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>January 30, 2026</u>   By: <u>/s/Loren Bailey Roberts</u>

Name: <u>Loren Bailey Roberts</u>

Title: <u>Teacher</u>