United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                          Case No. 23-02086-HWV

Paul E. Deardorff, III                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                     User: AutoDocke                          Page 1 of 2

Date Rcvd: Jul 23, 2026                  Form ID: pdf010                          Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID**      **Recipient Name and Address**

aty      + Denise E. Carlon, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541

      + Kimberly A. Deardorff, 9552 Mountain Road, Grantville, PA 17028-9326

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Denise E. Carlon

    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com

Jack N Zaharopoulos

    ecf@pamd13trustee.com

Lorraine Gazzara Doyle

    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ldoyle@squirelaw.com, LOGSECF@logs.com

Matthew K. Fissel

    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Paul Donald Murphy-Ahles

    on behalf of Debtor 1 Paul E. Deardorff  III pmurphy@dplglaw.com, jsmalls@dplglaw.com;rreynolds@dplglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                  :    CHAPTER 13

PAUL E. DEARDORFF, III    :

      :    CASE NO. 1:23-bk-02086-HWV

     Debtor.             :

                      :

ROCKET MORTGAGE, LLC F/K/    :
A QUICKEN LOANS, LLC F/K/A    :
QUICKEN LOANS INC.,        :

                      :

     Movant,            :

                      :

        v.               :

                      :

PAUL E. DEARDORFF, III and    :
JACK N ZAHAROPOULOS,      :
TRUSTEE,              :

                      :

    Respondents.        :

## ORDER

Upon consideration of the Certificate of Default filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ("Movant"), Doc. 72, it is

**ORDERED** that the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, is modified to allow Movant (and any assignee/successor-in-interest) to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 9552 Mountain Road, Grantville, PA 17028.

**ORDERED** that the 14-day stay pursuant to Federal Rule of Bankruptcy Procedure 4001(a) (4) is waived.

By the Court,

_____

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 23, 2026